

**Christian Action League of Minnesota**

# The BEACON

Exposing the Harms of Our Sexually Exploitative Culture

Christian Action League of Minnesota is a 501(c)3 Minnesota Nonprofit

**OCTOBER 2018**     **Volume 9 - Issue 81**

---

## EDITORIAL



# WRAP campaign is effective and essential

by Ann Redding

WRAP, which stands for White Ribbon Against Pornography is a campaign started in 1987, by the intrepid Norma Norris. She was motivated to act when her pastor gave a sermon saying pornography was rampant because people did not care enough to change the status quo. Norma looked at her friends in the pews and thought, "We care!" Thus began the first White Ribbon Against Pornography campaign. Norma rallied her pastor, Msgr. Glenn, The Butler [PA] Fellowship of Churches and The Butler County Citizens for Decency. White Ribbons were displayed on car antennas, large white ribbons were given to the Governor and Attorney General of Pennsylvania, and a motorcade was organized. Since 1987, many individuals and communities have joined the campaign, which is always the week that begins the last Sunday in October.

The White Ribbon Campaign is shared via each individual or community's own creative activities. There have been live online events on a wide range of topics, proclamations signed by elected officials, social media memes, Facebook posts and the old-fashioned, yet powerful, message sent by wearing a white ribbon. To get ideas and resources to start your own WRAP campaign go to: *https://endsexualexploitation.org/wrap/#events*

One way Christian Action League of Minnesota is promoting WRAP week is by offering [while supplies last] a free copy of the book, *The Blessing of the Thorn*, by J. David Jones, Executive Director of Restoration Path Ministries. To request your free copy of *The Blessing of the Thorn*, write to: Ann Redding, CAL of MN, P.O. Box 583057, Minneapolis, MN 55458.

May this year's WRAP campaign awake those slumbering beneath a heavy quilt of apathy.

*Ann Redding is president of Christian Action League of Minnesota and editor of The Beacon. Her email is: contactcalofmn@gmail.com.*

> "I wonder what would happen if we had as much outrage about the abusive effects of pornography as we did for the high profile sexual abusers? Maybe we would say "Enough is Enough" and turn off some of the sexually explicit TV shows and movies."
>
> *David Jones, Executive Director, Restoration Path Ministries*

---

## City Pages

Keys restaurant on Robert St in St Paul carries the degrading, sexually explicit tabloid City Pages.



When you enter, you are welcomed by the aroma of good cooking, while being insulted by the presence of a pornographic paper.

Carrying City Pages helps customers choose an alternative, family friendly restaurant. Of which there are many.

Think about it.



### Prayer TIME

That God will equip Christians to battle the evil and destructive enemy - pornography.

---

EXHIBIT 1

OCTOBER 2018                                    Volume 9 – Issue 81





## 2018 Campaign

## United We Stand Against Pornography!

- **Pray** for those addicted to pornography and for those who are in a relationship with a porn addict.

- **Ask** your pastor or priest to preach on the topic of pornography's harms.

- **Wear** a white ribbon

- **Help** defend dignity. Sign up to receive emails from the National Center On Sexual Exploitation.
  Go to:
  **www.endsexualexploitation.org**

- **Write** a letter to the editor.

- **Mothers**, teach your daughters the importance of their inner beauty and strength. Campaign for positive media images of women and girls. **4everygirl.com.**

- **Fathers**, teach your sons to be virtuous and to become men who love and respect women. Warn them of the dangers of porn. **allprodad.com.**

### www.calofmn.com



*"Blessed are the pure in heart, for they shall see God."*

Matthew 5:8

**Struggling** with
an **Addiction** to
**Pornography?**
**You Can be Free!**

www.ReclaimSexualHealth.com

www.ThePornEffect.com

www.PureHope.net

www.OneMillionMenPornFree.com

www.saa-recovery.org



Donations are tax deductible
and welcome.
**Christian Action League of
Minnesota**
P.O. Box 583057
Minneapolis, MN 55458
501(c)3
*Thank you!*



**CovenantEyes**®
Internet Accountability and Filtering

*Protect Your
Entire Family
Online*

**$14.99**
Just per month

**1-877-479-1119**

***www.covenanteyes.com***



P.O. Box 583057 • Minneapolis, MN 55458
www.calofmn.com

EXHIBIT 1



*"All I know is that pornography made my living hell...worse."*

-Elizabeth Smart, kidnapped, raped,
and tortured for 9 months at age of 14

EXHIBIT 2



EXHIBIT 2

CASE 0:20-cv-01081-ADM-TNL   Doc 1-1   Filed 05/04/20   Page 5 of 34

LOCAL

# New pressure mounts on City Pages to stop adult ads

Capitalizing on the controversy over Backpage.com (http://Backpage.com) , a New York activist is trying to pressure the alt weekly's advertisers.

**By KRISTIN TILLOTSON** Star Tribune  |  SEPTEMBER 6, 2012 — 5:57PM

An advocacy website is turning up the heat on City Pages over the ongoing controversy over the adult section of the classified-ad service Backpage.com (http://Backpage.com) and its link to child sex-trafficking.

VillageVoicePimp.com (http://VillageVoicePimp.com) is making an "earnest request" of Minnesotans to "gently elbow" other advertisers in the Minneapolis alternative weekly to pressure City Pages' owner, Village Voice Media, to stop publishing adult ads via Backpage, which has been linked to underage prostitution by watchdog groups and law enforcement in the Twin Cities and across the country.

Sounds like Minnesota Nice for "boycott."

Backpage, the second-largest online classified site after Craigslist, is also owned by Village Voice Media, which operates City Pages and 12 other weeklies that accept its ads.

VillageVoicePimp.com (http://VillageVoicePimp.com) is mostly the work of one tireless New Yorker named William Hayes. He decided to zero in on City Pages this week, he said, "because of all the action in your city right now."

In June, Minneapolis Police Sgt. Grant Snyder said that every one of the more than 20 child sex-trafficking cases he has worked on this year had ties to Backpage. Hayes also cited the recent calls by the Minneapolis and St. Paul city councils and both Hennepin and Ramsey county attorneys to discontinue the ads, as well as recent arrests of adults pimping juveniles and efforts to encourage hotel and motel employees in spotting underage victims.

Liz McDougall, general counsel for Village Voice Media, says the issue is an Internet-wide problem that won't go away, or even decrease, if Backpage stopped its adult ads, because the traffickers just move to one of thousands of other sites.

"Since Craigslist did it, there's been no evidence that child exploitation has decreased at all," said McDougall, who has a background in Internet law and cybercrime. "It's unfortunate that elected officials have focused first on Craigslist and then on Backpage as a silver-bullet solution."

Hayes' site lists City Pages advertisers from last week and this week, mostly small, local businesses. Pressure to stop advertising with City Pages poses a quandary for many of them, especially bars and nightclubs, including First Avenue, for which the weekly is the primary mode of print advertising.

"We have a really long, great relationship with City Pages, predating the Village Voice," said First Avenue's general manager, Nate Kranz. "We wouldn't just end it without really making sure there was something there. But [the issue] sounds worth looking into."

Kim Bartmann, owner of City Pages advertiser Bryant Lake Bowl, said that when she was publisher of the short-lived alt-weekly Siren in 2000, "we chose not to run sex ads because they've always been linked to teen prostitution."

Bartmann said she would consider pulling ads "if City Pages and the Village Voice company are knowingly publishing ads linked to child prostitution."

At least one advertiser, the Hennepin County Bar Association, has been swayed.

"Our contract ran out last week, and in light of statements [about Backpage] by the Minneapolis City Council and the Hennepin County attorney's office, we decided not to renew," said Mary-Margaret Zindren, executive director of the association.

EXHIBIT 3

CASE 0:20-cv-01081-ADM-TNL    Doc 1-1    Filed 05/04/20    Page 6 of 34

Though just one person, Hayes is considered a grass-roots arm of a network working to combat child trafficking, said Kwame Fosu, policy director for the Rebecca Project, a Washington, D.C.-based organization that was instrumental in getting Craigslist's adult ads discontinued. "He's the one who knocks on doors, gets petitions signed and keeps track of everything going on."

Hayes isn't subtle about his position that anyone associated with Village Voice Media is complicit, calling the company's top editors "morally corrupt" and City Pages editor Kevin Hoffman a "heretofore ... hidden player in the child trafficking ad business."

McDougall has countered that if Backpage is shut down, pimps will migrate to online services owned by overseas companies, giving less tracking and enforcement control to American authorities.

"That's a lame response," Fosu said. "That's like if Disney World shuts down, the kids will go somewhere else, but there would be no place so well organized, with so much influence and everything in one place. Just like Disney, Backpage is a brand. All the pedophiles know to go to it, to look for code words like 'new girl in town,' which often means underage."

Village Voice attorney McDougall said that Backpage monitors its ads to spot and flag underage victims, and works with law enforcement as quickly as possible to save suspected victims who do wind up in ads.

"We answer a subpoena [for information about ads] within 24 hours," she said. The company receives about three to five subpoenas per day, she said.

Kristin Tillotson • 612-673-7046

On Wed, Sep 19, 2018, 6:38 PM Hans Spitzer <hans@sourcecomicsandgames.com> wrote:
Dear Ms. Redding,

Greetings.  I received a post card from your organization, and the topics from the websites provided  was very informative.  I appreciate the fight to stop human trafficking, and it is one that I agree with.  As our business is open to everyone, we cannot know the personal issues of all of our customers.  Hence, we have advertised with a number of different media outlets to try to reach current and potential customers.  While it is hard to know the the connection between any two things in the world, it is nice to be aware of how our business perceived in the broader community.  We certainly do not wish to be considered to be  porn merchants.  As far as I am aware of, any money spent was for our ads alone and the ad placement was not supposed to be near or associated with adult oriented material.  It seems there are other newspapers and ad services that fall into this same trap though.  If you are able, could you inform me of methods in which you find and inform businesses, like ours, that have advertised with the City Pages?  Also, can you provide a list of advertisers that do not operate like the City Pages and have general appeal in the way, and to whom, they advertise?  I thank you for your time and consideration, and I look forward to hearing from you.

Hans Spitzer
General Manager
Source Comics and Games
2057 Snelling Ave N
Roseville, MN 55113

EXHIBIT 4

1

# Thank you

Recibidos



**Barb Gardiner <barb@henhouseeatery.com>**                    1 feb. 2014

para mí

inglés

español

Traducir mensaje

Desactivar para: inglés

Ann
Thank you for the info, you have a valid point. We did not know that about city pages, and decided will not have it in our restaurant. Looking forward to having you and your grandchildren as customers.
Sincerely
Barb Gardiner
Owner


Sent from my iPad

On Feb 1, 2014, at 12:54 PM, Ann Redding <contactcalofmn@gmail.com> wrote:

> Dear Barb,
>
> I'm not submitting a resume, but some good advice for your new restaurant.  I love to eat, and I love to eat out---especially with my family and friends.  About once a week, I

EXHIBIT 5
1

take my grandchildren downtown.  One of our favorite spots to eat is Bruegger's Bagels, a short distance from Hen House Eatery.

I did not patronize Peter's Grill because they carried City Pages.  The presence of City Pages is a roadblock to customers.   For four years, there has been a boycott of restaurants and other businesses which carry City Pages.

City Pages is an ally of the local sex industry, which ruins so many lives.  The lives of the sex workers, and the lives of the patrons and the patron's families.  Each week, City Pages has lewd and degrading ads for porn stores and strip clubs.

City Pages will want Hen House Eatery to carry their paper, and they will also want to sell you ad space in their paper.  Please take a close look at City Pages before you make a decision. *I believe you will see that City Pages does not reflect the image you want your restaurant to convey.*

If you take a stand for decency and refuse to carry City Pages, that will be one good reason to recommend your restaurant, assuming your food will be the main reason. :)

If you have any questions about the City Pages' boycott, please contact me.

My wish for you is a resounding success for your new restaurant!  Downtown Minneapolis is in need of another good place to eat.

Ann Redding
Christian Action League of Minnesota
www.calofmn.com
651-334-4945
contactcalofmn@gmail.com

EXHIBIT 5

El lun., 25 de feb. de 2019 a la(s) 09:57, Dorothy Nichols (dot.g.nichols@gmail.com) escribió:

---------- Forwarded message ----------
From: **Mike Pearo** <mike@hilltopcamper.com>
Date: Mon, Feb 25, 2019 at 8:45 AM
Subject: Hilltop Camper and RV
To: dot.g.nichols@gmail.com<dot.g.nichols@gmail.com>

Hi Dorothy,

Thank you for contacting us at Hilltop Camper and RV.  I appreciate you letting us know about our employment ad in the City Pages.  This was a free listing we received (with others) from some online advertising with Star Tribune.  I was not aware of the content of this paper and the ad will no longer be running in this paper.

Thank you again and have a great day,

*Mike Pearo*

Hilltop Camper and RV

763-571-9103



EXHIBIT 6

Star Tribune City Pages Special Sections, Wednesday, February 6, 2019, pages from 53 to 53



Spend **Valentine's** Week with the Showgirls

STARTING FEB 10TH

**Deja Vu**

FREE PRIZE GIVEAWAYS HOURLY

DANCE SPECIALS HOURLY

FREE GIANT HOT DOG BUFFET

315 WASHINGTON AVENUE NORTH
MINNEAPOLIS, MN 55401
WWW.DEJAVU.COM
(612) 333-0130
"FOLLOW US"  "LIKE US"



**HOT STONE MASSAGE**

2645 Louisiana Ave S · St Louis Park
7 days a week · 9am to 9pm
952-999-8451
www.hotstoneslp.com



**LIMITED TIME ONLY!**

Viagra 100mg 80 Pills
Cialis 20mg 80 Pills

**EACH FOR ONLY $99!**
FREE SHIPPING SE HABLA ESPANOL
MONEY BACK GUARANTEED

**1-888-500-4680**



City Pages Best of Winner
2002, 2003, and 2004!

**VIDEO UNIVERSE**
MAINSTREAM TO ADULT

Over 40,000 DVDs
(15,000 Adult) for Sale and Rent!

Rent 5 XXX DVDs for
a week for $15.75!

Buy 3 Adult DVDs
Get A 4th DVD FREE!

Sale XXX DVDs
starting at $5.75!

4114 Lakeland Ave N · Robbinsdale · 763.536.9932
www.VideoUniversemn.com



**DreamGirls**
1,000'S OF BEAUTIFUL GIRLS & 3 UGLY ONES

**FREE ADMISSION**

WITH YOUR CONCERT,
EVENT, OR SPORTS
TICKET STUB
OF THE DAY!

VALID ON DATES OF EVENT
RESTRICTIONS MAY APPLY

HOURS OF OPERATION
MON–THU   3pm–3am
FRI–SAT   3pm–4am
SUNDAYS   6pm–3am

12 North 5th St. Minneapolis, MN 55403
(612) 339-2271 · WWW.DEJAVU.COM
FaceBook.com/DreamgirlsMinneapolis



**WINNER** BEST STRIP CLUB
— City Pages 2017

**HOT ENTERTAINMENT**
**HOT FUN**
AT THE **#1 STRIP CLUB**
IN THE TWIN CITIES

Bring a Hot Date!
**FREE ADMISSION FOR TWO**
EXPIRES FEBRUARY 28, 2019

Love

Experience the Diamond VIP Lounge

**KING OF DIAMONDS**
GENTLEMEN'S CLUB
FULL NUDITY · FULL LIQUOR · VIP LOUNGE

6600 RIVER ROAD, INVER GROVE, MN   (651) 455-3886
ONLY SIX MILES FROM THE NEW
MINNESOTA FOOTBALL PRACTICE FACILITY
MONDAY- SATURDAY   3:30PM-2AM   FREE COVER FOR BUS & LIMO ARRIVALS

Entertainers
AUDITION TODAY AND SEE
WHY KOD IS THE PLACE TO BE!
MON-FRI   4PM-12AM

Always Free Fun
SAME DAY SPORT AND CONCERT EVENTS
GOLF TICKET HOLDERS
ACTIVE MILITARY AND VETS

FEBRUARY 6-12, 2019   CITYPAGES.COM   53

**530**
Misc Services

Dumpling! New book at
https://writrwendougla.sf
odonm.com
Hope you enjoy the new
book, look for it in works
in progress section.
Book title God and Drugs.

**535**
Personal Services

Excellent Part Time
Position! Attractive lady for
weekly massage, light
cleaning and office work
some farm / barn / horse
related duties, if interested I
includes some travel, many
meals out plus
entertainment. Excellent
compensation. Please text
picture. 612-669-9691.

**810**
Health & Wellness General

**Healing
Touch**
$60/hr
By Licia:
763-533-5561

**Your One
Day Ad Works
All Week!**

**CITY PAGES
CLASSIFIEDS
612.375.1015**




**PURE MASSAGE**
Excelsior Blvd. in St. Louis Park
612-401-6235


**FREE**
**1-800-538-2428**
24/7 CHATLINE
SLGBT OPTIONS: U CHOOSE 18+


**Massage**
LET MY HANDS
EASE &
PLEASE
CREDIT CARDS ACCEPTED
*82 612-963-4089


**Asian MASSAGE
IN BLOOMINGTON!**
952.888.3366
OPEN 7 DAYS A WEEK
140 West 98th Street, Suite 222
Bloomington, MN 55420


**FREE
STUFF**
www.citypages.com
/promotions/free-stuff


**AMAZING
MASSAGE**
**grand opening**
FREE TABLE SHOWER
7035 WAYZATA BLVD #100, ST LOUIS PARK
952-855-7971


**BlueSky**
Therapeutic Massage
reduce pain & stress
1-hour massage $60.00
612-356-7930 - 2522 Horizon Drive
Burnsville, MN 55337
blueskytherapeuticmassage.com


**True Relaxation
Massage**
It's a Wonderful
Session!
9am-9pm by
Appointment Only
7 Days a Week
612.275.8727


**GRAND OPENING!
ORIENTAL MASSAGE**
Blaine
748 CO. RD. 10 NE
BLAINE, MN 55434
763-780-1979
763-862-1188
$10 OFF an
Hour Massage OR
Free Table Shower
must bring coupon
Not valid with other offers
Expires 2/28/19
Open 7 days a week · 9:30 am-10 pm


**Seeking New Talent**
CALL TODAY FOR DETAILS
515-266-2744

**Mini Showpalace**

**EARN GREAT CASH AT THE
Midwest's Best Kept Secret!**

1510 BROADWAY AVENUE · DES MOINES, IA 50313
BYOB! · FIND US ON FACEBOOK!

FEBRUARY 6-12, 2019   CITYPAGES.COM   55



The **night exchange**
*Real People*
*Real* **Explicit Chat**
**FREE TRIAL**
**612.235.6055**
TOLL FREE
1 877.839.1110
nightexchange.com
18+ RESTRICTIONS APPLY



Real hot chat now.
30 MINUTES FREE TRIAL
612-312-2339
Who are you after dark?
1-952-960-3012



Playmates and soul mates

**MegaMates**
Minneapolis:
**952-938-8700**
18+  MegaMates.com



**SPEARMINT RHINO**
**GENTLEMEN'S CLUBS**
725 HENNEPIN AVENUE    MINNEAPOLIS, MN 55403
612.353.6739    21+ w/ID    OPEN DAILY 6PM-3AM

UFC 234
WATCH IT HERE **LIVE!**
WHITTAKER GASTELUM
ADESANYA & SILVA
FEB 9 SAT
**SAT FEB 9TH**
**RESERVE YOUR TABLE TODAY!**

• **TOPLESS ENTERTAINMENT**
• **LOCAL FOOD & DRINKS**
• **ADULT FILM STARS**
• **VIP BOTTLE SERVICE &**
  **VIP SEATING!**

**OPEN DAILY** FROM
**6PM-3AM**
**7 DAYS A WEEK!**

SPEARMINTRHINO.COM  @MINNESOTARHINO  @SPEARMINTRHINOMINNEAPOLIS



**Live links**
Real Singles, Real Fun...
30 MINUTES FREE TRIAL
**1-952-960-3014**
More Numbers: 1-800-926-6000
Livelinks.com  18+




*Lamplighter Lounge*
**THURSDAY AMATEUR NIGHT**
$200 CASH PRIZE
BEAUTIFUL, FRIENDLY GIRLS WANTED
STARTING AT 9:30PM

2 Nude Stages/Tableside Revue/Vip Area
2 Bars/Full Kitchen
Happy Hour Everyday 2pm-7pm
Some of the Lowest Drink Prices in the Twin Cities!

LARPENTEUR & RICE · ST. PAUL · 651-489-9200



*Need a great massage? Call now!*

**5 BEST NEW MASSEUSES Welcome You!**

Deep Tissue
Swedish • Thai
Sport Massage

**NOW HIRING!**
Apply in person.



**Ban Sabai**
1704 West Lake Street, Minneapolis, MN 55408
612.823.5333

54  CITYPAGES.COM  FEBRUARY 6-12, 2019

EXHIBIT 9

Star Tribune City Pages Special Sections, Wednesday, February 6, 2019, pages from 14 to 15



# Family Law That Respects The Family

## We welcome all families

Divorce    Parenting Schedules

Child & Spousal Support    Paternity

Antenuptial Agreements    Cooperative Negotiating

**R. Leigh Frost** law, ltd.
*Family Law that respects the family*

**rlf**

225 South 6th St Suite #1775
Minneapolis, MN 55402
(612) 286-8537

www.rleighfrostlaw.com



# Ely Winter Festival

artwalk

## February 7–17, 2019

elywinterfestival.com
Festival Hotline 218.365.SNOW(7669)

### Nobody does winter better!

- The Snow Sculpture Symposium
- Ice Fishing Contest
- Ely Art Walk
- Outdoor Gear Demo
- Guided Snowshoe Hikes
- Kubb Tournament
- Food, Music & More
- Crafts Fair

This activity is made possible in part by the Ely Chamber of Commerce, the Donald G. Gardner Humanities Trust and the voters of Minnesota through a grant from the Arrowhead Regional Arts Council, thanks to appropriations from the Minnesota State Legislature's general and arts and cultural heritage funds.

For more details, follow us on Facebook

## KATIE HAUN SCHURING

# *The Preservationist*



COLIN MICHAEL SIMMONS

**K**atie Haun Schuring can't hide it.

Her eyes light up, her cadence accelerates. She's talking about old Minnesota architecture—homes, towers, mills, warehouses, bridges, whatever. Her earnest, enthused passion for the physical past is obvious.

"I think it's just fascinating," the 35-year-old beams at a south Minneapolis coffee shop. "Architecture and history marry each other so well. The physical stuff you get to see tells the story. It's tangible. That's the beauty of the built environment."

Haun Schuring's story began in tiny, close-knit Forest City, Iowa. Dreams of being an architect brought her to Central College outside of Des Moines. But, while studying abroad in London, a professor steered Haun Schuring toward preservation.

"Who are the people that lived there, and what was their story? That sorta hooked me," she says. "People want to touch the past. They want to be part of it."

After earning a master's degree in historical preservation at Ball State University, Haun Schuring worked in urban planning in Olathe, Kansas, before landing a job as a historian at a Minneapolis engineering/architecture firm. Two years ago, the Minnesota Department of Transportation hired her to helm its historical bridge program. If a bridge is over 50 years old and might need rehabbing or demolition, she's all over it.

Haun Schuring is also president of Preserve Minneapolis, a nonprofit dedicated to championing historical architecture that launched in 2003. It engages the public through forums, lectures, and walking tours. There are also "Evening Exploration" events, where happy hour dovetails into tours of spaces that are often unavailable to the public—e.g. the Pillsbury A Mill and the Grain Exchange Building's trading floor.

"It's a group of people who really value history and really value the built environment. They just get fired up about it," Haun Schuring says. "It's about educating, respecting, and celebrating our cultural history."

That includes advocacy. Preserve Minneapolis consults with the city's Heritage Preservation Commission and issues statements on hotly debated topics like the razing of Nye's Polonaise Room and the 2040 Plan, though the group doesn't exclusively rebuke developers.

"Most history can get contentious when someone wants to keep something and someone wants to tear it down. That's just the nature of it," Haun Schuring says. "You can make development and preservation work together. You just have to find common ground."

Asked about her favorite Minneapolis landmarks, Haun Schuring name-checks the usual suspects—the Foshay Tower, the Grain Exchange, the Stone Arch Bridge. She's wistful about the grand estates the city has lost to the wrecking ball, like the ones detailed in Larry Millett's essential book *Once There Were Castles*.

Mostly, though, Haun Schuring loves eyeballing Minneapolis' houses from the early 20th century. Ones like her 1912 Kingfield home.

"I love walking around the city because there are just so many cute little houses," she says. "And they're not National Register eligible. These aren't high examples of pristine buildings, but they're places people live and breathe and where you go home to. That's the heart of the city. It's being part of that living history." —JAY BOLLER

EXHIBIT 10

27-CV-19-4885

Filed in District Court
State of Minnesota
3/28/2019 12:51 PM

**State of Minnesota**                                                      **District Court**

| County of: | Judicial District: | Fourth |
| Hennepin | Court File Number: | |
| | Case Type: | Harassment |

**In the Matter of:**

R. Leigh Frost
Petitioner (first, middle, last)

☒ On behalf of:

Other persons needing protection (first, middle, last)

R. Leigh Frost Law, Ltd.

**Petitioner's Affidavit and Petition
For Harassment Restraining Order**

(Minn. Stat. § 609.748)

☒ and for her/himself

vs.

Christian Action League of Minnesota & its Agents
Respondent (first, middle, last)

I understand that I must tell the truth. I state that:

1. **Petitioner Information** (You)

   Name: (first, middle, last)  R. Leigh Frost

   Date of birth: (month/day/year)

   *Address:*

   ☒ I am requesting that my **address** be kept confidential by submitting the completed
   *Confidential Address/Phone Request* form (HAR104) to the court.

   **OR**

   ☐ I am not requesting that my address be kept confidential. My address is:

   My Address:

   City, State, Zip Code:

   *Phone Number:*

   ☒ I am requesting that my **phone number** be kept confidential by submitting the
   completed *Confidential Address/ Phone Request* form (AHAR104) to the court.

   **OR**

   ☐ I am not requesting that my phone number be kept confidential. My phone number is:

   Telephone:

HAR102     State        ENG        Rev 2/19        www.mncourts.gov/forms        Page 1 of 7

EXHIBIT 11

27-CV-19-4885

Filed in District Court
State of Minnesota
3/28/2019 12:51 PM

**2. Respondent Information:** (person you want protection from)

Name: (first, middle, last) Christian Action League of Minnesota & its Agents

Address: P.O. Box 583057                                      Apt. #

City  Minneapolis                    State  Minnesota        Zip  55458

Telephone: 651-313-8800        Date of birth: (month/day/year)

If DOB unknown, age or approximate age

If Respondent is under 18 years old, their parent or guardian should also be served. If you know information about the parent or guardian, include as much information as possible.

Parent or Guardian Name:

Parent or Guardian address:

3. I am the Petitioner in this case. The victim of the harassment is:

☒ me

☐ a minor child for whom I am the parent, legal guardian, or stepparent

☐ an adult ward for whom I am the legal guardian

(If you are the legal guardian of a minor child or adult ward, include a copy of the order appointing you.)

The name of each victim and their date of birth, other than me, is:

and my law firm, R. Leigh Frost Law, Ltd.

How does each victim know the Respondent and what is their relationship?

Respondent and I are unrelated.

If you are filing on behalf of another person, what is your relationship to each victim?

I am also including myself in this request as I am concerned for Respondent's disregard of my requests, and I fear that they will try to harass me at my home.

4.  a) How many restraining orders have been effect, ordering Respondent to stay away from the victims you included at #1 above?

⦿ none   ○ one   ○ two or more

For each restraining order provide:

| Court File Number, if known | County and State where the court is located |
| --- | --- |
|  |  |
|  |  |
|  |  |
|  |  |

EXHIBIT 11

27-CV-19-4885

Filed In District Court
State of Minnesota
3/28/2019 12:51 PM

b) Does Respondent have a current Harassment Restraining Order or Order for Protection against you?

    ○ Yes, Case File Number (if known) _____

    ◉ No, I am not aware of any.

5. The following court cases involve me and the Respondent in issues of child custody or parenting time.

| Court File Number | County and State where court is located |
|---|---|
| | |
| | |
| | |

6. Respondent has harassed the victim(s) as follows:

- *Check all boxes that apply and give date and details of each incident.*
- *To get a Restraining order, you must describe actions that meet the legal definition of harassment in Minnesota. See the Instructions for the definition of harassment.*
- *If you need more space, attach a full sheet of paper and continue your description there. Do not write on the back.*

☐ Respondent physically or sexually assaulted the victim as follows:

_____

_____

_____

☐ Respondent has followed, pursued or stalked the victim as follows:

_____

_____

_____

☐ Respondent made uninvited visits to the victim as follows:

_____

_____

_____

☐ Respondent made harassing phone calls to the victim as follows:

_____

_____

HAR102    State    ENG    Rev 2/19    www.mncourts.gov/forms    Page 3 of 7

EXHIBIT 11

27-CV-19-4885

Filed in District Court
State of Minnesota
3/28/2019 12:51 PM

☐ Respondent made threats to the victim as follows:

_____

_____

☐ Respondent frightened the victim with threatening behavior as follows:

_____

_____

☐ Respondent broke into and entered the victim's residence as follows:

_____

_____

☐ Respondent damaged the victim's property as follows:

_____

_____

☐ Respondent stole property from the victim as follows:

_____

_____

☐ Respondent took pictures of the victim without permission as follows:

_____

_____

☐ Respondent shared private sexual images of the victim without permission as follows:

_____

_____

☐ Respondent used the victim's personal information, without consent, to invite, encourage,

EXHIBIT 11

27-CV-19-4885

Filed in District Court
State of Minnesota
3/28/2019 12:51 PM

or solicit a third party to engage in a sexual act with the victim as follows:

_____

_____

_____

☐ More than once, Respondent has done acts that meet the legal definition of "targeted residential picketing" by:

_____

_____

☐ I told Respondent not to come to certain public events that I or the children attend because:

_____

_____

After that, Respondent attended public events I/we attended: (List dates, places, and name of events:

_____

_____

_____

These acts by Respondent show a pattern of attending public events while knowing that attending is harassing to me/children.

☒ Other:

Beginning the week of March 18, 2019, I received two (2) postcards and an email from the following: an anonymous person on behalf of Christian Action League of Minnesota (hereinafter "CALofMn"), Ann Redding (on behalf of CALofMn, who is also the Editor of "The Beacon"), and Kathleen Abel (on behalf of CALofMn). Attached hereto as Exhibit A is a copy of a postcard that I received from anonymous together with my request to CALofMn; as Exhibit B is a copy of a postcard that I received from Ms. Redding; and as Exhibit C is a copy of an email exchange with Ms. Abel. After each incident, specifically via letters dated March 20th and via email dated March 22nd, I sent a request that CALofMn, and its agents, not contact me. On March 28, 2019, I received another postcard. This postcard was from Diane (Diana?) Ebert. Attached hereto as Exhibit D is a copy of the postcard. I did not send a request to Ms. Ebert that she not contact me because I do not want to engage with CALof Mn, or its agents, including but not limited to, Ms. Ebert. For purposes of the Law Enforcement Information Form attached as Exhibit E is a copy of "The Beacon" which provides a photo of the Editor, and one of the harassers, Ann Redding.

EXHIBIT 11

27-CV-19-4885

Filed in District Court
State of Minnesota
3/28/2019 12:51 PM

7. Describe the effect of harassment has upon the victim's safety, security or privacy:

I am concerned about CALofMn and its agents disregard for my requests. They have sought out not only my business address, but my email address. The postcards are being sent to my place of business, which indicates that they know where I work. I share an office with other attorneys, who may have seen and/or heard about the postcards as the mailings go through the mail delivery in my office building, as well as the receptionist in my office suite. I am very concerned that they will harass me at my home and in my neighborhood.

8. Do you believe the harassment will continue? Why?

Yes, because CALofMn have disregarded my requests to not contact me.

9. I ask the Court to issue a Restraining Order as follows: Check all boxes *(a through e)* that apply.

☒ a. Respondent shall not harass:

☒ me

☐ minor children for whom I am the parent, legal guardian, or stepparent

☐ an adult ward for whom I am the legal guardian

List the full names of everyone included in this Petition:

or my place of business, R. Leigh Frost Law, Ltd.

☒ b. Respondent shall have no contact with:

☒ me

☐ the minor children listed above

☐ an adult ward listed above

☒ c. Respondent shall stay away from where I/we live (address)

Confidential

☒ d. Respondent shall stay away from my/the victim's job site located at (address)

225 South Sixth Street, Suite 1775, Minneapolis, Minnesota

☐ e. Other:

10. Court Hearing

Petitioner: Read these Notices about a Hearing

- You have a right to request a court hearing. **Respondent will be served a copy of this Petition if there is a hearing.**
- If the Judge dismisses your case because it has no merit, no hearing will be held.
- The Judge can issue a Restraining Order <u>without</u> a court hearing if the Judge finds there is immediate and present danger of harassment.

EXHIBIT 11

27-CV-19-4885

Filed in District Court
State of Minnesota
3/28/2019 12:51 PM

- If the Judge issues a Restraining Order without a hearing, the Respondent can request a hearing within 20 days of the date the Restraining Order is issued. If Respondent requests a hearing, the court will notify you by mail at least five days before the hearing date.
- If there is a hearing, you must attend the hearing and prove that the statements in your Petition & Affidavit are true, and that Respondent's actions are harassment, as defined by Minnesota law.

*Choose a or b*

☒ a. I am not requesting a court hearing at this time.

But if the court denies my request for a restraining order because the court finds there is no immediate and present danger of harassment, then (check one)

☐ I want   ☐ I don't want a court hearing.

OR

☐ b. I am requesting a court hearing.

11. I request a Restraining Order for a length of:

☒ 2 years

☐ Until the following date, _____, which is less than 2 years from today.

☐ Up to 50 years because:

☐ I have two or more prior restraining orders against Respondent (listed at #2 above.)

☐ Respondent has violated prior or existing restraining order between us on two or more occasions.

**I understand the court will likely schedule a court hearing for any request over 2 years.**

I declare under penalty of perjury that everything that I have stated in this document is true and correct. Minn. Stat. § 358.116.

Dated: March 28, 2019

Signature

Name: R. Leigh Frost

Hennepin County, Minnesota
County and State where signed

Address: 225 South Sixth Street, Suite 1775

City/State/Zip: Minneapolis, Minnesota 55402

Telephone: Confidential

E-mail address:

*Notice: If your address or telephone changes, you must give Court Administration your new information right away, in writing.*

EXHIBIT 11

27-CV-19-4885

Filed in District Court
State of Minnesota
3/28/2019 12:51 PM



# R. Leigh Frost
law, ltd.

March 20, 2019

Christian Action League of Minnesota
P.O. Box 583057
Minneapolis, Minnesota 55458

Re: Unsolicited Correspondence

To Whom it May Concern:

Enclosed herewith and returned to you, please find the unsolicited correspondence, namely a postcard, that someone associated with your organization sent to me. The postcard is misinformed and offensive. Do not contact me again by any means, whether via so-called Christian Action League of Minnesota, U.S. Mail, email, text, social media, phone or via third parties. Your contact is an unwanted act and if you contact me again, I will consider it harassment pursuant to Minn. Stat. §609.748.

I have kept a copy of this correspondence together with a copy of the enclosed postcard in the event I need to use the same as evidence.

Thank you very much for your cooperation with this request.

Regards,

/S/ R. Leigh Frost

Attorney and Counselor at Law

Attorney & Counselor at Law

612.286.8537  ·  leigh@rleighfrostlaw.com  ·  225 South 6th St, Suite 1775, Minneapolis, MN 55402

**EXHIBIT A**

EXHIBIT 11

Filed in District Court
State of Minnesota
3/28/2019 12:51 PM



*"All I know is that pornography made my living hell...worse."*

-Elizabeth Smart, kidnapped, raped, and tortured for 9 months at age of 14

EXHIBIT 11

Filed in District Court
State of Minnesota
3/28/2019 12:51 PM



## R. Leigh Frost
law, ltd.

March 20, 2019

Ann Redding
4712 Wentworth Avenue
Minneapolis, Minnesota 55419

Re: Unsolicited Correspondence

Ms. Redding:

Enclosed herewith and returned to you, please find the unsolicited correspondence, namely an envelope and a postcard, that you sent to me. The postcard is misinformed and offensive. Do not contact me again by any means, whether via so-called Christian Action League of Minnesota, U.S. Mail, email, text, social media, phone or via third parties. Your contact is an unwanted act and if you contact me again, I will consider it harassment pursuant to Minn. Stat. §609.748.

I have kept of a copy of this correspondence together with a copy of the enclosed postcard in the event I need to use the same as evidence.

Thank you very much for your cooperation with this request.

Regards,

/S/ R. Leigh Frost

Attorney and Counselor at Law

Attorney & Counselor at Law

612.286.8537   •   leigh@rleighfrostlaw.com   •   225 South 6th St, Suite 1775, Minneapolis, MN 55402

**EXHIBIT B**

EXHIBIT 11

Filed In District Court
State of Minnesota
3/28/2019 12:51 PM



3-15-19

Porn tears
families apart.
City Pages promotes
strip clubs and
porn.
As a woman, are
you ok with that?
Ann Redding
contactcal of mn @ gmail.com

Ann Redding
4712 Wentworth Ave
Mpls Mn 55419



MINNEAPOLIS MN 553

15 MAR 2019

R. Leigh Frost
R. Leigh Frost Law, Ltd
225 South 6th St, Suite 1775
Mpls Mn 55402



*"All I know is that pornography made
my living hell...worse."*

-Elizabeth Smart, kidnapped, raped,
and tortured for 9 months at age of 14

EXHIBIT 11

27-CV-19-4885

Filed in District Court
State of Minnesota
3/28/2019 12:51 PM

## R. Leigh Frost

**From:** R. Leigh Frost <leigh@rleighfrostlaw.com>
**Sent:** Friday, March 22, 2019 11:53 AM
**To:** 'Kathleen Abel'; 'info@rleighfrostlaw.com'
**Subject:** RE: City Pages

Ms. Abel:
Your email is an unwanted act pursuant to Minn. Stat. 609.748, please do not contact me. I am keeping a copy of this email for my records in the event I may need the same for evidence.
Regards,



**PLEASE NOTE NEW ADDRESS AND DIRECT PHONE NUMBER**

R. Leigh Frost

**Attorney & Counselor at Law**

R. Leigh Frost law, ltd.

225 South Sixth Street, Suite 1775
Minneapolis, MN 55402
D
P          651.222.7989

This is a transmission from R. Leigh Frost Law, Ltd., and may contain information which is privileged, confidential, and protected by the attorney/client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify me immediately by calling me at 651-222-0672.

**From:** Kathleen Abel <kadijoab@gmx.com>
**Sent:** Saturday, March 16, 2019 3:33 PM
**To:** info@rleighfrostlaw.com
**Subject:** City Pages

Hello!

I'm writing to encourage you to end your association with City Pages, a sleazy publication that caters to the sex industry in the Twin Cities. City Pages regularly carries ads for phone sex, strip clubs, etc. Do you really want to be part of this?

Thank you for reading this.

Sincerely,
Kathleen Abel

1

**EXHIBIT C**

EXHIBIT 11

Filed In District Court
State of Minnesota
3/28/2019 12:51 PM





*"All I know is that pornography made
my living hell...worse."*

-Elizabeth Smart, kidnapped, raped,
and tortured for 9 months at age of 14

**EXHIBIT D**

EXHIBIT 11

27-CV-19-4885

Filed in District Court
State of Minnesota
4/1/2019 11:16 AM

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: **27-CV-19-4885**
Case Type: Harassment

**R. Leigh Frost**
Petitioner

vs.

**Christian Action League of Minnesota & Its Agents**
Respondent

**Order Granting
Petition for Ex Parte
Harassment Restraining Order**
(Minn. Stat. § 609.748)

**Based upon Petitioner's Affidavit and Petition for a Harassment Restraining Order and other information provided to the Court, THE COURT FINDS:**

There is an immediate and present danger of harassment to justify temporary relief.

☒ There are reasonable grounds to believe that Respondent has harassed Petitioner (or minor children included in the petition) as follows:

☐ Physically or sexually assaulted the Petitioner;
☐ Followed, pursued or stalked the Petitioner;
☐ Made uninvited visits to the Petitioner;
☐ Made harassing phone calls to the Petitioner;
☐ Made threats to the Petitioner;
☐ Frightened Petitioner with threatening behavior;
☐ Broke into and entered the Petitioner's residence;
☐ Damaged the Petitioner's property;
☐ Stole property from the Petitioner;
☐ Took pictures of the Petitioner without permission of the Petitioner;
☐ Disseminated private sexual images of the Petitioner without permission of the Petitioner;
☐ Used personal information, without consent, to invite, encourage, or solicit a third party to engage in a sexual act with the Petitioner;
☐ Did acts repeatedly that meet the legal definition of "targeted residential picketing;"
☐ Pattern of attending public events after being notified that Respondent's presence at the events is harassing to Petitioner;
☒ Other: Sent harassing mail and email to the Petitioner.

☒ The harassment has had or is intended to have a substantial adverse effect on Petitioner's safety, security, or privacy.

☒ The Petitioner's Affidavit and Petition for Harassment Restraining Order discloses Petitioner's address and/or phone information and the Petitioner simultaneously filed a request to keep their address and/or phone information confidential.

Rev 07/17

Page 1 of 3

EXHIBIT 12

Filed in District Court
State of Minnesota
4/1/2019 11:16 AM

**IT IS ORDERED:**

1. ☒ **The request for temporary relief is granted** and:

    ☒ Respondent shall not harass Petitioner.

    ☒ Respondent shall have no direct or indirect contact with Petitioner including any visits to or phone calls to the protected person(s), contact via electronic means such as email or social networking sites, threats or assaultive behavior to the protected person(s), damaging or stealing property belonging to the protected person(s), breaking into and entering the protected person(s) residence, and/or taking pictures of a protected person without permission of the Petitioner.

    ☐ ~~Respondent is prohibited from being within 2 city blocks or 1/4 mile, whichever is greater, in all directions of Petitioner's home at:~~

    ☒ Respondent shall stay away from Petitioner's job site at: 225 South Sixth Street, Suite 1775, Minneapolis, Minnesota 55402

    ☐ ~~Other:~~

2. ☒ This Restraining Order is in effect until <u>03/29/2021</u> unless changed by a later court order. **Respondent can ask the court to change or vacate the Restraining Order by filing a *Request for Hearing* within 20 days of the date of service of the petition.**

3. ☐ A hearing will be held

    The hearing is scheduled because: ☐ Petitioner requested a hearing ☐ Petitioner requested a restraining order for longer than 2 years and the court wants more information about the need for a longer restraining order.

    ☐ Other:

    **Respondent shall appear personally in Court for the hearing and explain why the requests made in the Petition should not be granted. Petitioner shall appear personally in Court for the hearing and provide proof that the statements in the Petition are true and that Respondent's actions are harassment.**

4. The Court Administrator shall send a copy of this Order to the law enforcement agencies which have authority over the residence of the Petitioner(s). **Every police department and sheriff's office in the United States, including those affiliated with tribal and territorial lands, is responsible for enforcing this Order under 18 U.S.C. § 2265 Full Faith and Credit of Protective Orders.**

5. If respondent is an organization, this order ☒ shall ☐ shall not apply to all members of the organization.

EXHIBIT 12

Filed in District Court
State of Minnesota
4/1/2019 11:16 AM

6. ☒ The Affidavit and Petition for Harassment Restraining Order shall be sealed in the court file, shall not be served upon any party to the action, and shall not be accessible to the public, but shall be accessible to court personnel and law enforcement for purposes of service of process, conducting an investigation, or enforcing an order. The Court Administrator is directed to prepare a redacted version of the Affidavit and Petition for Harassment Restraining Order for filing and service.

7. Other:

8. The sheriff of any county in Minnesota, or a peace officer, shall perform the duties relating to service of this Order without charge to the Petitioner.

9. It is not a violation of this order if the parties pursue or participate in voluntary mediation through court approved mediation programs. The party wanting to mediate must contact the mediation program directly to arrange it. He/she may not contact the other party directly or through friends or relatives. The mediation programs will determine if mediation is acceptable under Minnesota mediation guidelines (Minn. Stat. § 494.03 and Minn. Gen. R. Prac. 114).

## NOTICE

**If a hearing is scheduled and Respondent does not attend the hearing, a Harassment Restraining Order may be granted. Failure of Respondent to appear WILL NOT be a defense to criminal charges against Respondent for violation of any part of this Order. If Petitioner does not attend the hearing this case may be dismissed.**

**Any conduct by the Respondent in violation of the specific provisions provided in Section 1 above constitutes a violation of this Harassment Restraining Order. A police officer shall arrest Respondent without warrant and take her/him to jail if a police officer believes that Respondent has violated this Restraining Order, and shall hold Respondent in jail for at least 36 hours, excluding the day of arrest, Sundays, and legal holidays, unless the Respondent is released earlier by a judge or judicial officer.**

**Violation of this Harassment Restraining Order may be treated as a misdemeanor, gross misdemeanor, or felony. A misdemeanor violation may result in a sentence of up to 90 days in jail and/or a $1000.00 fine. Some repeat violations are gross misdemeanors and may result in a sentence of up to one year in jail and/or a $3,000.00 fine. Other violations are felonies and may result in a sentence of imprisonment for up to five years and/or a $10,000 fine. A person who engages in a pattern of harassing conduct is guilty of a felony and may be sentenced to imprisonment for up to ten years and/or a fine of $20,000.00.**

Dated: ___March 29, 2019___

Regis, Jacqueline
2019.03.29
16:20:49 -05'00'

_____
Judge of District Court

EXHIBIT 12

MINNEAPOLIS

# Minneapolis adult entertainment venues face health department scrutiny

Health inspections find "bodily fluids" at 11 sites.

**By Emma Nelson (http://www.startribune.com/emma-nelson/261800211/)** Star Tribune

MARCH 13, 2017 — 12:01AM

A Minneapolis Health Department sweep of licensed adult entertainment establishments confirmed the presence of bodily fluids at about a dozen downtown venues, raising health and safety concerns and prompting department officials to push for updated enforcement measures.

The health department sent letters to 11 business owners last week to notify them that their property had been declared a public health nuisance under Minnesota law.

Another three business owners received letters saying samples collected at their establishments were suspected to be bodily fluids but were not confirmed by a lab test.

A City Council committee will hear the findings on Monday.

"The concern from a public health perspective is, we don't want anything that is potentially infectious material ... in public spaces that are not being perfectly cleaned up," said Dan Huff, the city's environmental health director.

There are 17 licensed adult entertainment clubs in Minneapolis, clustered mostly around Hennepin Avenue downtown. Owners could not be reached or did not respond to requests for comment Friday.

The health department started seeing an uptick in cleanliness complaints at these establishments a couple of years ago, Huff said. About a year ago, after a preliminary inspection using a black light to do a visual check for bodily fluids, department staff started working on methodology for a confirmatory lab test.

Late last month, health inspectors visited all 17 establishments. More than 150 swabs taken on site were brought back to a lab and tested for an antigen found in human semen — similar to how a pregnancy test confirms the presence of an antigen found in pregnant women.

Samples that produced positive results were taken at 11 establishments, from surfaces including chairs, couches, floors, walls and bedspreads, health department inspection data show.

Under state law, the health department can order an owner or occupant to "remove or abate" a health threat within 10 days. The department has ordered the 11 establishments to clean thoroughly and prevent the recurrence of bodily fluids.

Beyond that, the health department doesn't have much regulatory power. The department cannot use the state law to issue citations, Huff said, and the existing city ordinance regulating "high-risk sexual conduct" is outdated and difficult to enforce.

The health department findings are cause for health and safety concerns, particularly for people working in these establishments, city officials said.

At Monday's Health, Environment and Community Engagement (HECE) Committee meeting, the health department presentation will include information about occupational exposure to sexually transmitted infections and federal labor guidelines for workplaces where exposure may occur.

Of the 11 establishments where inspections produced positive test results, all but one have private or semiprivate areas, according to the health department. These range from private booths for viewing adult films to rooms with loveseats or beds where patrons pay to spend time alone with an adult entertainer.



STAR TRIBUNE FILE
Dancers waited for customers at a night club. There are 17 licensed adult entertainment clubs in Minneapolis, clustered mostly around

**Establishments involved**

The Brass Rail

Choice Gentlemen's Club

Dream Girls

Déjà Vu

Downtown Cabaret

Gay 90s*

Hennepin Avenue Adult Boutique

Lickety Split

PYRMD

Spearmint Rhino Gentlemen's Club

Sex World

*Does not have a private/semi-private VIP space

Source: Minneapolis Health Department

EXHIBIT 13

6/13/2019, 9:19 AM

Council Member Cam Gordon, who chairs the HECE committee, said the nature of some of these private spaces coupled with the health department findings raise concerns about possible sexual activity at the establishments in question.

"I'm trying to approach it from the focus of, I'm on the City Council, this is the health department, what's the role that we play in this?" he said. "But I think also using that as an opportunity to shine more light on something that's going on in our city."

St. Paul reporter **Emma Nelson** joined the Star Tribune in 2014, and has covered local government beats from Scott and Dakota counties to Minneapolis City Hall. She has also been part of reporting teams that covered the aftermath of the Norwood Teague sexual harassment scandal and the death of Prince.

emma.nelson@startribune.com     612-673-4509     emmamarienelson

EXHIBIT 13

CASE 0:20-cv-01081-ADM-TNL   Doc. 51-1   Filed 05/04/20   Page 33 of 34

LOCAL

# New pressure mounts on City Pages to stop adult ads

Capitalizing on the controversy over Backpage.com (http://Backpage.com) , a New York activist is trying to pressure the alt weekly's advertisers.

**By KRISTIN TILLOTSON** Star Tribune   |   SEPTEMBER 6, 2012 — 5:57PM

An advocacy website is turning up the heat on City Pages over the ongoing controversy over the adult section of the classified-ad service Backpage.com (http://Backpage.com) and its link to child sex-trafficking.

VillageVoicePimp.com (http://VillageVoicePimp.com) is making an "earnest request" of Minnesotans to "gently elbow" other advertisers in the Minneapolis alternative weekly to pressure City Pages' owner, Village Voice Media, to stop publishing adult ads via Backpage, which has been linked to underage prostitution by watchdog groups and law enforcement in the Twin Cities and across the country.

Sounds like Minnesota Nice for "boycott."

Backpage, the second-largest online classified site after Craigslist, is also owned by Village Voice Media, which operates City Pages and 12 other weeklies that accept its ads.

VillageVoicePimp.com (http://VillageVoicePimp.com) is mostly the work of one tireless New Yorker named William Hayes. He decided to zero in on City Pages this week, he said, "because of all the action in your city right now."

In June, Minneapolis Police Sgt. Grant Snyder said that every one of the more than 20 child sex-trafficking cases he has worked on this year had ties to Backpage. Hayes also cited the recent calls by the Minneapolis and St. Paul city councils and both Hennepin and Ramsey county attorneys to discontinue the ads, as well as recent arrests of adults pimping juveniles and efforts to encourage hotel and motel employees in spotting underage victims.

Liz McDougall, general counsel for Village Voice Media, says the issue is an Internet-wide problem that won't go away, or even decrease, if Backpage stopped its adult ads, because the traffickers just move to one of thousands of other sites.

"Since Craigslist did it, there's been no evidence that child exploitation has decreased at all," said McDougall, who has a background in Internet law and cybercrime. "It's unfortunate that elected officials have focused first on Craigslist and then on Backpage as a silver-bullet solution."

Hayes' site lists City Pages advertisers from last week and this week, mostly small, local businesses. Pressure to stop advertising with City Pages poses a quandary for many of them, especially bars and nightclubs, including First Avenue, for which the weekly is the primary mode of print advertising.

"We have a really long, great relationship with City Pages, predating the Village Voice," said First Avenue's general manager, Nate Kranz. "We wouldn't just end it without really making sure there was something there. But [the issue] sounds worth looking into."

Kim Bartmann, owner of City Pages advertiser Bryant Lake Bowl, said that when she was publisher of the short-lived alt-weekly Siren in 2000, "we chose not to run sex ads because they've always been linked to teen prostitution."

Bartmann said she would consider pulling ads "if City Pages and the Village Voice company are knowingly publishing ads linked to child prostitution."

At least one advertiser, the Hennepin County Bar Association, has been swayed.

"Our contract ran out last week, and in light of statements [about Backpage] by the Minneapolis City Council and the Hennepin County attorney's office, we decided not to renew," said Mary-Margaret Zindren, executive director of the association.

EXHIBIT 14

CASE 0:20-cv-01081-ADM-TNL Doc. 1-1 Filed 05/04/20 Page 34 of 34

Though just one person, Hayes is considered a grass-roots arm of a network working to combat child trafficking, said Kwame Fosu, policy director for the Rebecca Project, a Washington, D.C.-based organization that was instrumental in getting Craigslist's adult ads discontinued. "He's the one who knocks on doors, gets petitions signed and keeps track of everything going on."

Hayes isn't subtle about his position that anyone associated with Village Voice Media is complicit, calling the company's top editors "morally corrupt" and City Pages editor Kevin Hoffman a "heretofore ... hidden player in the child trafficking ad business."

McDougall has countered that if Backpage is shut down, pimps will migrate to online services owned by overseas companies, giving less tracking and enforcement control to American authorities.

"That's a lame response," Fosu said. "That's like if Disney World shuts down, the kids will go somewhere else, but there would be no place so well organized, with so much influence and everything in one place. Just like Disney, Backpage is a brand. All the pedophiles know to go to it, to look for code words like 'new girl in town,' which often means underage."

Village Voice attorney McDougall said that Backpage monitors its ads to spot and flag underage victims, and works with law enforcement as quickly as possible to save suspected victims who do wind up in ads.

"We answer a subpoena [for information about ads] within 24 hours," she said. The company receives about three to five subpoenas per day, she said.

Kristin Tillotson • 612-673-7046

EXHIBIT 14