# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Christian Action League of Minnesota and Ann Redding, | Court File No. 20-CV-1081 ADM/TNL |
| Plaintiffs, | |
| v. | **DECLARATION OF ERICK G. KAARDAL** |
| Mike Freeman, Hennepin County Attorney, in his official capacity, | |
| Defendant. | |

I, Erick G. Kaardal, declare that the following statements are made to the best of my knowledge or recollection:

1. I am an attorney at Mohrman, Kaardal & Erickson, P.A. and make this declaration regarding the filed Notice of a Constitutional Question with this Court. I represent the Plaintiffs in this case and am familiar with the facts and procedural posture of the matter.

2. On June 19, 2019, my office forwarded to the Minnesota Attorney General's Office a notice-letter regarding my clients challenge to the constitutionality of Minnesota Statutes § 609.748, subdivision (1)(a)(1). A copy of the underlying complaint accompanied the letter.

3. Attached to my declaration is a copy of the letter (Exhibit A) and my office's "stamps" log showing that the letter was sent on June 19, 2020 (Exhibit B).

Meanwhile, my office inadvertently did not file a notice with this Court. That over-sight is being corrected with the filing of the Notice.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Dated: July 6, 2020

County of Hennepin
State of Minnesota

    /s/ *Erick G. Kaardal*
Erick G. Kaardal, No. 229647
Mohrman, Kaardal & Erickson, P.A.
150 South Fifth Street, Suite 3100
Minneapolis, Minnesota 55402
Telephone: 612-341-1074
Facsimile: 612-341-1076
Email: kaardal@mklaw.com
*Attorneys for the Plaintiffs*